1  DAVID GROSSMAN (SBN 211326)
   dgrossman@loeb.com
2  THOMAS D. NOLAN (SBN 238213)
   tnolan@loeb.com
3  LOEB & LOEB LLP
   10100 Santa Monica Blvd., Suite 2200
4  Los Angeles, CA  90067
   Telephone: 310.282.2000
5  Facsimile: 310.282.2200

6  Attorneys for Defendant
   SAKS & COMPANY dba SAKS
7  FIFTH AVENUE, INC., a New York
   corporation

8

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| 12  NORTH AMERICA PHOTON INFOTECH LTD., a Mauritian 13  corporation, | Case No.: _____ |
| 14          Plaintiff, | **NOTICE TO FEDERAL COURT OF REMOVAL OF CIVIL ACTION FROM STATE COURT** |
| 15      v. | |
| 16  SAKS & COMPANY dba SAKS FIFTH AVENUE, INC., a New York 17  corporation, | |
| 18          Defendant. | |

19

20

21

22

23

24

25

26

27

28

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

LA2412916.1
666666-66666

NOTICE OF REMOVAL

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** pursuant to 28 U.S.C. § § 1441 and 1446, Defendant Saks & Company dba Saks Fifth Avenue, Inc. ("Saks") hereby removes the above-entitled action (Santa Clara Superior Court Case No.: 115cv276986) from the Superior Court of the State of California for the County of Santa Clara to this Court for adjudication. In accordance with 28 U.S.C. § 1446(a), the following is a "short and plain" statement of the grounds for removal:

1. On or about February 19, 2015, North American Photon Infotech Ltd., a Mauritian corporation ("Plaintiff") filed a Complaint (the "Complaint") in the Santa Clara County Superior Court (the "State Court Action"). In the Complaint, assigned case number 115 CV 276986, Plaintiff asserts two causes of action against Defendants for (1) Intentional Interference with Prospective Business Advantage; and (2) Unfair Competition.

**The Court Has Diversity Jurisdiction Under 28 U.S.C. § 1332.**

2. This Court may assert subject matter jurisdiction over this case based on diversity jurisdiction and removal is proper under this basis.

3. The Complaint creates diversity jurisdiction under 28 U.S.C. § 1332(a). The State Court Action alleges diversity of citizenship. The Complaint asserts that Plaintiff "is a Mauritian company with its principal place of business in San Jose, California" and that Defendant Saks "is incorporated in New York with its headquarters in New York." (Compl. ¶¶ 2-3.).

4. After the initial business relationship between the parties began, Defendant Saks converted into Saks & Company, LLC, a Delaware limited liability company with its principal place of business in New York. The sole member of Saks & Company, LLC is Saks Incorporated, a Tennessee corporation with its

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

LA2412916.1
666666-66666

1

NOTICE OF REMOVAL

1   principal place of business in New York.  Therefore, whether Plaintiff is suing the

2   New York entity that it entered into business with, or the successor limited liability

3   company, there is complete diversity between the parties.

4        5.    Second, the Complaint alleges that the amount in controversy is "in

5   excess of $500,000.00" (Compl. ¶ 26), which exceeds the requisite $75,000.

6        6.    Defendants are thus entitled to remove this case under 28 U.S.C.

7   §1332(a).

8   **This notice of removal is timely.**

9        7.    The removal is timely as the Complaint was filed on February 19, 2015

10  and this notice is being filed less than a week after the filing of the state court action.

11

12       Based on the foregoing, Defendants hereby remove the above-entitled action,

13  and the claim asserted therein, to this Court for adjudication.  Pursuant to Section

14  1446(a), copies of all pleadings, process and orders on file in Santa Clara Superior

15  Court Case No. 115 CV 276986 are attached hereto as **Exhibit "A."**

16

17  Dated:  February 24, 2015        LOEB & LOEB LLP

18                           DAVID GROSSMAN
                             THOMAS D. NOLAN, III

19

20                           By:  */s/ David Grossman*
                                 David Grossman

21                               Attorneys for Defendant
                                 SAKS & COMPANY dba SAKS FIFTH

22                               AVENUE, INC., a New York corporation

23

24

25

26

27

28

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

LA2412916.1
666666-66666

2                       NOTICE OF REMOVAL