DAVID GROSSMAN (SBN 211326)
dgrossman@loeb.com
THOMAS D. NOLAN (SBN 238213)
tnolan@loeb.com
LOEB & LOEB LLP
10100 Santa Monica Blvd., Suite 2200
Los Angeles, CA 90067
Telephone: 310.282.2000
Facsimile: 310.282.2200

Attorneys for Defendant
SAKS & COMPANY dba SAKS
FIFTH AVENUE, INC., a New York
corporation

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTH AMERICA PHOTON INFOTECH LTD., a Mauritian corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAKS & COMPANY dba SAKS FIFTH AVENUE, INC., a New York corporation,<br><br>Defendant. | Case No.: _____<br><br>**CERTIFICATE OF INTERESTED PARTIES** |

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

LA2413094.1
666666-66666

CERTIFICATE OF INTERESTED PARTIES

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Civil L.R. 3-15, the undersigned, counsel of record for Defendant Saks & Company dba Saks Fifth Avenue, Inc. certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Saks & Company, LLC, a Delaware limited liability company.

Saks Incorporated, a Tennessee corporation.

Hudson's Bay Company is a Canadian public company and is the ultimate parent of the Defendant.

These representations are made to enable the Court to evaluate possible disqualification of recusal.

Dated:  February 24, 2015        LOEB & LOEB LLP
                                 DAVID GROSSMAN
                                 THOMAS D. NOLAN, III

                                 By: */s/ David Grossman*
                                     David Grossman
                                     Attorneys for Defendant
                                     SAKS & COMPANY dba SAKS FIFTH
                                     AVENUE, INC., a New York corporation