DAVID GROSSMAN (SBN 211326)
dgrossman@loeb.com
THOMAS D. NOLAN (SBN 238213)
tnolan@loeb.com
LOEB & LOEB LLP
10100 Santa Monica Blvd., Suite 2200
Los Angeles, CA 90067
Telephone: 310.282.2000
Facsimile: 310.282.2200

Attorneys for Defendant
SAKS & COMPANY dba SAKS
FIFTH AVENUE, INC., a New York
corporation

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTH AMERICA PHOTON INFOTECH LTD., a Mauritian corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAKS & COMPANY dba SAKS FIFTH AVENUE, INC., a New York corporation,<br><br>Defendant. | Case No.: CV-15-00843-NC<br><br>Assigned to Magistrate Judge: Nathanael M. Cousins<br><br>**PROOF OF SERVICE VIA U.S. MAIL OF INITIATING DOCUMENTS**<br><br>Removal Filed: 2/24/15 |

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

LA2414170.1
212985-10009

PROOF OF SERVICE

# PROOF OF SERVICE

I, Valent Manssourian, the undersigned, declare that:

I am employed in the County of Los Angeles, State of California, over the age of 18, and not a party to this cause. My business address is 10100 Santa Monica Boulevard, Suite 2200, Los Angeles, California 90067-4120.

On March 3, 2015, I served a true copy of the foregoing documents on the parties in this cause as follows:

1. NOTICE TO FEDERAL COURT OF REMOVAL OF CIVIL ACTION FROM STATE COURT;
2. CIVIL COVER SHEET;
3. CERTIFICATE OF INTERESTED PARTIES;
4. CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT;
5. ORDER SETTING INITIAL CASE MANAGEMENT AND ADR DEADLINES;
6. CIVIL STANDING ORDER – MAGISTRATE JUDGE NATHANAEL M. COUSINS
7. ECF REGISTRATION INFORMATION; and
8. FILING PROCEDURES (SAN JOSE).

[X] (VIA OVERNIGHT MAIL) by placing the above named document in a sealed envelope addressed as set forth below, or on the attached service list and by then placing such sealed envelope for collection and overnight delivery via Federal Express in accordance with Loeb & Loeb LLP's ordinary business practices.

Jack Russo  
Christopher Sargent  
Computerlaw Group LLP  
401 Florence Street  
Palo Alto, CA  94301  

Tel:  (650) 327-9800  
Fax:  (650) 618-1863  

Email: jrusso@computerlaw.com  
Email: csargent@computerlaw.com

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

LA2414170.1
212985-10009

PROOF OF SERVICE

I certify that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I am readily familiar with Loeb & Loeb LLP's practice for collecting and processing correspondence for mailing with the United States Postal Service and Overnight Delivery Service. That practice includes the deposit of all correspondence with the United States Postal Service and/or Overnight Delivery Service the same day it is collected and processed.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on March 3, 2015, at Los Angeles, California.

*/s/ Valent Manssourian*
Valent Manssourian

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

LA2414170.1
212985-10009

PROOF OF SERVICE