DAVID GROSSMAN (SBN 211326)
dgrossman@loeb.com
THOMAS D. NOLAN (SBN 238213)
tnolan@loeb.com
LOEB & LOEB LLP
10100 Santa Monica Blvd., Suite 2200
Los Angeles, CA 90067
Telephone: 310.282.2000
Facsimile: 310.282.2200

Attorneys for Defendant
SAKS & COMPANY dba SAKS
FIFTH AVENUE, INC., a New York
corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTH AMERICA PHOTON INFOTECH LTD., a Mauritian corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAKS & COMPANY dba SAKS FIFTH AVENUE, INC., a New York corporation,<br><br>Defendant. | Case No.: CV-15-00843-NC<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND**<br><br>Removal Filed: 2/24/15 |

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

LA2415214.1
212985-10009

STIPULATION FOR EXTENSION OF TIME

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel that defendant Saks & Company dba Saks Fifth Avenue, Inc. ("Saks") may have an extension of time to answer, move to dismiss, or otherwise respond to the complaint in this action, to and including May 8, 2015.

WHEREAS, Plaintiff filed its Complaint on February 19, 2015;

WHEREAS, Defendant Saks filed its removal on February 24, 2015;

WHEREAS, no prior extension of time to respond have been sought;

IT IS HEREBY STIPULATED that Saks may respond to the Complaint on or before May 8 2015.

IT IS SO STIPULATED.

Dated: March __, 2015

COMPUTERLAW GROUP LLP
JACK RUSSO
CHRISTOPHER SARGENT

By: __/s/_____
    Jack Russo
    Christopher Sargent
    Attorneys for Plaintiff
    NORTH AMERICA PHOTON
    INFOTECH LTD.

Dated: March 9, 2015

LOEB & LOEB LLP
DAVID GROSSMAN
THOMAS D. NOLAN, III

By: __/s/ David Grossman_____
    David Grossman
    Attorneys for Defendant
    SAKS & COMPANY dba SAKS FIFTH
    AVENUE, INC., a New York corporation

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

LA2415214.1
212985-10009

1

STIPULATION FOR EXTENSION OF TIME