1  Jack Russo (Cal. Bar No. 96068)
   Christopher Sargent (Cal. Bar No. 246285)
2  COMPUTERLAW GROUP LLP
   401 Florence Street
3  Palo Alto, CA 94301
   (650) 327-9800
4  (650) 618-1863 fax
   jrusso@computerlaw.com
5  csargent@computerlaw.com

6  Attorneys for Plaintiff
   NORTH AMERICA PHOTON INFOTECH LTD.
7

8                     UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                            SAN JOSE DIVISION

11

12 | **North America Photon Infotech Ltd.,** a Mauritian Company, | Case No. 5:15-cv-00843-NC |
13 | | |
   | Plaintiff; | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |
14 | | |
   | v. | |
15 | | |
   | **Saks and Company dba Saks Fifth Avenue, Inc.**, a New York corporation, | CMC Date: April 29, 2014 |
16 | | Before the Hon. Nathanael Cousins |
17 | Defendant. | |

---

Stipulation to Continue CMC                                Case No. 5:15-cv-00843-NC

**Computerlaw Group LLP**
www.computerlaw.com<sup>sm</sup>

1   This Stipulation is entered into by Plaintiff North America Photon Infotech, Ltd. and
2   Defendant Saks & Company by their respective counsel.

3   WHEREAS a Case Management Conference is currently set to be heard on April 29,
4   2015;

5   WHEREAS the parties have previously stipulated to extend Defendant's time to respond
6   to the complaint to May 8, 2015;

7   WHEREAS the parties have agreed to private mediation before a retired judge at JAMS
8   on May 4, 2014;

9   WHEREAS the parties intend to consent to the jurisdiction of the magistrate judge;

10   THEREFORE, the parties stipulate to and request that the court (a) continue the Case
11   Management Conference to May 20, 2015 or another late date at the Court's convenience, and
12   (b) continue the deadline for submission of the Joint Case Management Statement to the date
13   seven (7) days prior to such Case Management Conference, so that it occurs after the parties
14   have completed their mediation and the response to the complaint has been filed.

15   IT IS SO STIPULATED:

COMPUTERLAW GROUP LLP

17   Dated: April 22, 2015        By:   /s/ Christopher Sargent
                                        Christopher Sargent

                                        Attorneys for Plaintiff
                                        NORTH AMERICA PHOTON INFOTECH LTD.

LOEB & LOEB LLP

20   Dated: April 22, 2015        By:   /s/ David Grossman
                                        David Grossman

                                        Attorneys for Defendant
                                        SAKS & COMPANY DBA SAKS FIFTH AVENUE, INC.

### [~~PROPOSED~~] ORDER

IT IS ORDERED that the Case Management Conference be continued to May 20, 2015 at 10:00 A.M. Parties must file their consent or declination by May 6, 2015.

Dated:  April 23, 2015

The Honorable Nathanael Cousins
United States Magistrate Judge

*GRANTED — Judge Nathanael M. Cousins — United States District Court, Northern District of California*

Stipulation to Continue CMC        1        Case No. 5:15-cv-00843-NC