1  Jack Russo (Cal. Bar No. 96068)
   Christopher Sargent (Cal. Bar No. 246285)
2  COMPUTERLAW GROUP LLP
   401 Florence Street
3  Palo Alto, CA 94301
   (650) 327-9800
4  (650) 618-1863 fax
   jrusso@computerlaw.com
5  csargent@computerlaw.com

6  Attorneys for Plaintiff
   NORTH AMERICA PHOTON INFOTECH LTD.
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                         SAN JOSE DIVISION

11

12 **North America Photon Infotech Ltd.,** a
   Mauritian Company,                          Case No. 5:15-cv-00843-NC
13
                    Plaintiff;                 **NOTICE OF SETTLEMENT**
14
         v.
15
   **Saks and Company dba Saks Fifth Avenue,**
16 **Inc.**, a New York corporation,

17                  Defendant.

# NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that following mediation a settlement has been reached in this matter. It is anticipated by the parties that all parties will jointly execute a dismissal with prejudice later this month.

                                      Respectfully submitted,
                                      COMPUTERLAW GROUP LLP

Dated: May 6, 2015             By:    /s/ Christopher Sargent
                                          Jack Russo
                                          Christopher Sargent

                                          Attorneys for Plaintiff
                                          NORTH AMERICA PHOTON INFOTECH LTD.