1  Jack Russo (Cal. Bar No. 96068)
   Christopher Sargent (Cal. Bar No. 246285)
2  COMPUTERLAW GROUP LLP
   401 Florence Street
3  Palo Alto, CA 94301
   (650) 327-9800
4  (650) 618-1863 fax
   jrusso@computerlaw.com
5  csargent@computerlaw.com

6  Attorneys for Plaintiff
   NORTH AMERICAN PHOTON INFOTECH LTD.
7

8                        UNITED STATES DISTRICT COURT

9                       NORTHERN DISTRICT OF CALIFORNIA

10

11 | **North America Photon Infotech Ltd.**, a Mauritian corporation, | Case No. 5:15-cv-00843-NC |
|---|---|
| Plaintiff; | **STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)** |
| v. | |
| **Saks Fifth Avenue, Inc.,** a New York corporation, | |
| Defendants. | |

Stipulation of Voluntary Dismissal                                    Case No. 5:15-cv-00843-NC

1  WHEREAS Plaintiff North America Photon Infotech, Ltd. filed its complaint for (1) Intentional Interference with Prospective Economic Advantage, and (2) Unfair Competition on February 19, 2015 in the Superior Court of the State of California, Santa Clara County;

WHEREAS the instant case was removed to the Court of the Northern District of California on February 24, 2015;

WHEREAS Plaintiff and Defendants settled this matter pursuant to a confidential settlement agreement;

THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff North America Photon Infotech, Ltd. and Defendant Saks Fifth Avenue, Inc., through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

**SO STIPULATED.**

Dated: June 18, 2015                COMPUTERLAW GROUP LLP

                                    By:    /s/ Christopher Sargent
                                    Jack Russo
                                    Christopher Sargent

                                    Attorneys for Plaintiff
                                    NORTH AMERICA PHOTON INFOTECH LTD.

Dated: June 18, 2015                LOEB & LOEB, LLP

                                    By:    /s/ David Grossman
                                    David Grossman
                                    Thomas D. Nolan, III

                                    Attorneys for Defendant
                                    SAKS FIFTH AVENUE, INC.